IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
In re: DAVID W. SCHAMENS,        )
                                 )
          Debtor.                )
                                 )
*******************************
                                 )
DAVID W. SCHAMENS,               )
                                 )      1:23-cv-953
          Appellant,             )
                                 )
     v.                          )
                                 )
GUY M. DUGAN, KAREN DUGAN,       )
and MARK S. DUGAN, as Trustee    )
of the GDM Family Trust,         )
                                 )
          Appellees.             )
```

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that this appeal is hereby **DISMISSED WITHOUT PREJUDICE.**

This the 16th day of September, 2024.

 _____
 United States District Judge